UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND, | No.  2:20-cv-00333-TLN-EFB |
| Petitioner, | |
| v. | ORDER |
| BRANDON PRICE, | |
| Respondent. | |

Rebio Ronnie Townsend ("Petitioner"), an individual civilly committed at Coalinga State Hospital and proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2020, the magistrate judge filed findings and recommendations which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  Petitioner has not filed objections to the Findings and Recommendations.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

1

1    Having reviewed the file under the applicable legal standards, the Court finds the Findings

2    and Recommendations to be supported by the record and by the magistrate judge's analysis.

3    Accordingly, IT IS HEREBY ORDERED that:

4        1.  The Findings and Recommendations filed April 9, 2020, are adopted in full;

5        2.  The petition is DISMISSED;

6        3.  The Clerk is directed to close the case; and

7        4.  The Court declines to issue a certificate of appealability.

8        IT IS SO ORDERED.

9    DATED:  May 14, 2020

10

11

12                                          Troy L. Nunley
                                            United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2